# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE BAKERY AND
CONFECTIONERY UNION AND INDUSTRY
<u>INTERNATIONAL PENSION FUND</u>           *

   **Plaintiff,**
                                                                *

   **v.**                                                               **Case No.** <u>20-cv-2619</u>

<u>BROWN'S BUN BAKING CO.</u> and                *
<u>GEMDAA ENTERPRISES, LLC</u>

   **Defendant.**                                       *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that <u>                                                            </u>
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with <u>                                                  </u>:
(name of party)

<u>                                                                                                                                         </u>.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

<u>                                                                                                                                         </u>.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____         _____
Date                                Signature

                                    _____
                                    Printed name and bar number

                                    _____
                                    Address

                                    _____
                                    Email address

                                    _____
                                    Telephone number

                                    _____
                                    Fax number