# BREDHOFF & KAISER, P.L.L.C.

Bruce R. Lerner
Andrew D. Roth
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Kathleen Keller
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Adam Bellotti
Joshua A. Segal
Elisabeth Oppenheimer
April H. Pullium
Joshua A. Rosenthal
Dana M. Krohn
_____
Richard F. Griffin, Jr.
Deva A. Kyle
Tzvi Mackson*
Of Counsel
_____
Robert M. Weinberg
Julia Penny Clark
Jeremiah A. Collins
Mady Gilson
John M. West
Senior Counsel

*Licensed in New York Only

April 9, 2021

**<u>Via ECF Only</u>**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

  RE: *Trustees of the Bakery and Confectionery Union and Industry International Pension Fund v. Brown's Bun Baking Company, et al.*, Civil Case No. PWG-20-2619

Dear Judge Grimm:

  I write on behalf of counsel for the parties in this case to request a sixty-day stay of the deadlines the above-captioned matter. This request stems from the parties' April 8, 2021 settlement conference conducted under the auspices of Magistrate Judge Timothy J. Sullivan. The parties and Judge Sullivan believe that a sixty-day stay of proceedings in the litigation will maximize the ability of the parties and Judge Sullivan to continue their settlement efforts in a productive fashion.

  Accordingly, the parties request that the Court stay proceedings in the case until Tuesday, June 8, and vacate the existing case deadlines until further order of the Court. The parties also ask the Court to schedule a status conference on or after June 1, 2021 to establish new case deadlines the Court and the parties determine to be necessary to complete further litigation.

Hon. Paul W. Grimm
Page Two

   Counsel for Defendants has authorized me to represent that Defendants concur in this letter. Thank you for your consideration in this matter.

                Respectfully submitted,

                */s/ Robert Alexander*

                Robert Alexander
                Counsel for Plaintiff

cc:  Counsel of Record (Via ECF)
    Magistrate Judge Timothy J. Sullivan (Via ECF and e-mail)