# BREDHOFF & KAISER, P.L.L.C.

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Bruce R. Lerner
Andrew D. Roth
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Kathleen Keller
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Adam Bellotti
Joshua A. Segal
Elisabeth Oppenheimer
April H. Pullium
Joshua A. Rosenthal
Dana M. Krohn
Ernest Zhu*
_____
Richard F. Griffin, Jr.
Deva A. Kyle
Tzvi Mackson
Of Counsel
_____
Robert M. Weinberg
Julia Penny Clark
Jeremiah A. Collins
Mady Gilson
John M. West
Senior Counsel

*Admitted to Missouri Bar.
Application pending for District of Columbia bar; practice supervised directly by principals of the firm.

September 23, 2021

**Via ECF Only**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD  20770

   RE: *Trustees of the Bakery and Confectionery Union and Industry International Pension Fund v. Brown's Bun Baking Company, et al.*, Civil Case No. PWG-20-2619

Dear Judge Grimm:

  I write on behalf of all counsel in this case to inform the Court that the three parties to the case have collectively reached settlements in principle to resolve the claims in the case. Because, however, the nature and terms of the settlements, which include certain real estate transactions, are complex and intertwined with settlement discussions in another case pending in another judicial district, resolving the outstanding contingencies and reducing the settlements to final executed agreements will require both time and attention of the parties and third-party professionals engaged to satisfy certain of the settlements' terms.  Accordingly, to allow the parties to finalize the settlements, we jointly request that the Court stay the currently existing discovery deadlines for a 90-day period.  The parties are optimistic that the terms of settlements in principle they have negotiated can be finalized and the case fully resolved within this time frame.

Hon. Paul W. Grimm
September 23, 2021
Page 2

      The parties are available to conduct a telephonic status conference at the Court's convenience should the Court wish further information from the parties to consider the requested 90-day stay of existing discovery deadlines.

                                        Respectfully submitted,

                                        */s/ Robert Alexander*
                                        Robert Alexander
                                        Counsel to Plaintiff

cc: Counsel of Record (via ECF)