# BREDHOFF & KAISER, P.L.L.C.

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Bruce R. Lerner
Andrew D. Roth
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Kathleen Keller
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs

Adam Bellotti
Joshua A. Segal
Elisabeth Oppenheimer
April H. Pullium
Dana M. Krohn
Sebastian Brady*
Ernest Zhu**
_____
Richard F. Griffin, Jr.
Deva A. Kyle
Tzvi Mackson
Of Counsel
_____
Robert M. Weinberg
Julia Penny Clark
Jeremiah A. Collins
Mady Gilson
John M. West
Senior Counsel

*Admitted to California Bar.
**Admitted to Missouri Bar.
Applications pending for District of Columbia bar; practices supervised directly by principals of the firm.

December 20, 2021

**Via ECF Only**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

      RE:    Trustees of the Bakery and Confectionery Union and Industry International Pension Fund v. Brown's Bun Baking Company, et al., Civil Case No. PWG-20-2619

Dear Judge Grimm:

      I write on behalf of counsel for all parties in this case, and in accordance with the Court's order of September 24, 2021, submit this joint status report respecting the above-captioned litigation. In that Order the Court administratively closed the case, subject to it being reopened on the request of counsel for either party. See Paperless Order entered September 24, 2021 [Dkt. No. 39]. Since the parties submitted, on September 23, a joint letter informing the Court of a settlement in principle, they have been working diligently to finalize open issues and resolve contingencies associated with the terms of the settlements. The parties had believed the outstanding issues could be resolved before now; unfortunately, the due diligence process regarding certain outstanding issues has taken longer than anticipated. The parties continue to work to resolve all outstanding items, and hope to finalize and execute the settlement agreements within 60 days, at which time they would jointly move the Court for entry of a final judgment.

December 20, 2021
Hon. Paul W. Grimm
Page 2

      Counsel for Defendants has authorized me to represent that Defendants concur in this letter.

      Thank you for your consideration in this matter.

      Respectfully submitted,

      */s/ Robert Alexander*
      Robert Alexander
      Counsel for Plaintiff

Cc: Counsel of Record (via ECF only)