IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TRUSTEES OF THE BAKERY AND CONFECTIONERY UNION AND INDUSTRY INTERNATIONAL PENSION FUND, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: PWG 20-cv-2619 |
| BROWN'S BUN BAKING CO., | ) ) ) | |
| and | ) ) | |
| GEMDAA ENTERPRISES LLC, | ) ) ) | |
| Defendants. | ) ) | |

**CONSENT JUDGMENT ORDER**

Upon joint motion by the Plaintiff Trustees of the Bakery and Confectionery Union and Industry International Pension Fund and Defendant Brown's Bun Baking Co., and finding pursuant to Federal Rules of Civil Procedure 54(b) and 58 that there is no just reason for delay,

IT IS HEREBY ORDERED that final judgment be granted to Plaintiff on its claim against Defendant Brown's Bun Baking Co. in the amount of $2,653,807.02.

Respectfully submitted,

| | |
|---|---|
| /s/ Robert Alexander | /s/ Matthew I. Henzi |
| Robert Alexander (D.C. Bar # 4655673) | MATTHEW I. HENZI (814496) |
| Admitted pro hac vice | AsherKelly, PLLC |
| Kathleen Keller (D. Md. Bar # 19085) | 25800 Northwestern Hwy, Suite 1100 |
| BREDHOFF & KAISER, P.L.L.C. | Southfield, MI 48075 |
| 805 15th Street NW, Suite 1000 | Phone: (248) 746-2762 |
| Washington, D.C. 20005 | Email: mhenzi@asherkellylaw.com |

| | |
|---|---|
| Phone: (202) 842-2600<br>Email: ralexander@bredhoff.com<br>Email: kkeller@bredhoff.com<br><br>*Counsel for Plaintiff* | */s/ David F. Rifkind*<br>David F. Rifkind<br>Stinson, LLP<br>1775 Pennsylvania Ave., Suite 800<br>Washington, D.C. 20006<br>David.rifkind@stinson.com<br><br>*Counsel for Defendants* |
| SO ORDERED, on January 19, 2022. |     /S/                        .<br>Paul W. Grimm<br>United States District Judge |