# BREDHOFF & KAISER, P.L.L.C.

Bruce R. Lerner
Andrew D. Roth
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Kathleen Keller
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs
Adam Bellotti
Joshua A. Segal

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Elisabeth Oppenheimer
April H. Pullium
Dana M. Krohn
Sebastian Brady*
Ernest Zhu**
_____
Richard F. Griffin, Jr.
Tzvi Mackson
Of Counsel
_____
Robert M. Weinberg
Julia Penny Clark
Jeremiah A. Collins
Mady Gilson
John M. West
Senior Counsel

*Admitted to California Bar.
**Admitted to Missouri Bar.
Applications pending for District of Columbia bar; practices supervised directly by principals of the firm.

February 18, 2022

**Via ECF Only**

The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane, Suite 465A
Greenbelt, MD 20770

      RE:    Trustees of the Bakery and Confectionery Union and Industry International Pension Fund v. Brown's Bun Baking Company, et al., Civil Case No. PWG-20-2619

Dear Judge Grimm:

      I write on behalf of counsel for all parties in this case, and in accordance with the Court's Paperless Order of December 27, 2021, submit this joint status report respecting the above-captioned litigation. In that Order, the Court, having previously administratively closed the case, subject to it being reopened on the request of counsel for either party, directed the parties to file a follow-up status report on February 18, 2022, if settlement and motion of final judgment had not been entered. See Paperless Order entered December 27, 2021 [ECF No. 41]. Since the December 27 Paperless Order was entered, the parties submitted, on January 14, 2022, a joint letter seeking to reopen the case for purpose of entering a final judgment against Brown's Bun Co., one of the two defendants in the case. Final judgment against defendant Brown's Bun was entered on January 18, and final judgment is unappealable as of today, allowing for certification of the judgment against that defendant.

The Honorable Paul W. Grimm
Page 2
February 18, 2022

      With respect to the settlement as against the other defendant, GEMDAA, LLC, the parties are continuing to finalize the open issues and resolve contingencies associated with the terms of that settlement. The final outstanding issue involves necessary follow-up due diligence relating to environmental issues respecting the properties owned by GEMDAA that are central to the settlement in principle. The parties' finalization of the settlement—which would include entry of final judgment as to the remaining claims in the action—is subject to the schedules and capacities of third-party environmental consultants; unfortunately, this follow-up due diligence process has taken longer than anticipated, notwithstanding the parties' active and cooperative efforts to speed it up. Based on work now scheduled by the third-party consultants, the parties expect either to finalize and execute the settlement agreement, or determine that such settlement finalization is not possible, within approximately 60 days.

      As such, the parties jointly request that the case remain administratively closed until May 2, 2022, unless the parties move to reopen it for entry of final judgment or other appropriate proceedings.

      Counsel for Defendant GEMDAA, LLC has authorized me to represent that Defendant concurs in this letter.

      Thank you for your consideration in this matter.

      Respectfully submitted,

      */s/ Robert Alexander*
      Robert Alexander
      Counsel for Plaintiff

Cc: Counsel of Record (via ECF only)