IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TRUSTEES OF THE )<br>BAKERY AND CONFECTIONERY UNION )<br>AND INDUSTRY INTERNATIONAL )<br>PENSION FUND, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>BROWN'S BUN BAKING CO., )<br>)<br>      and )<br>)<br>GEMDAA ENTERPRISES LLC, )<br>)<br>      Defendants. )<br>_____ ) | Civil Action No.: PWG 20-cv-2619 |

## CONSENT JUDGMENT ORDER

Upon joint motion by the Parties, and finding pursuant to Federal Rules of Civil Procedure 58 that the requested consent judgment should be granted,

IT IS HEREBY ORDERED that final judgment be granted to Plaintiff on its claim against Defendant GEMDAA Enterprises, LLC, in the amount of $2,653,807.02. The Clerk is instructed to enter final judgment pursuant to Federal Rule of Civil Procedure 58(a).

Respectfully submitted,

| | |
|---|---|
| /s/ Robert Alexander<br>Robert Alexander (D.C. Bar # 4655673)<br>Admitted *pro hac vice*<br>Kathleen Keller (D. Md. Bar # 19085)<br>BREDHOFF & KAISER, P.L.L.C.<br>805 15th Street NW, Suite 1000<br>Washington, D.C. 20005 | /s/ Matthew I. Henzi<br>MATTHEW I. HENZI (814496)<br>Admitted *pro hac vice*<br>AsherKelly, PLLC<br>25800 Northwestern Hwy, Suite 1100<br>Southfield, MI 48075<br>Phone: (248) 746-2762 |

| | |
|---|---|
| Phone: (202) 842-2600<br>Email: ralexander@bredhoff.com<br>Email: kkeller@bredhoff.com<br><br>*Counsel for Plaintiff* | Email: mhenzi@asherkellylaw.com<br><br>*/s/ David F. Rifkind*<br>David F. Rifkind (D.Md. Bar # 12737)<br>Stinson, LLP<br>1775 Pennsylvania Ave., Suite 800<br>Washington, D.C. 20006<br>David.rifkind@stinson.com<br><br>*Counsel for Defendants* |
| SO ORDERED, on April 29, 2022. | _____/S/_____<br>Paul W. Grimm<br>United States District Judge |

2